FILED
E-filing          JUL 14 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARDINO SANCHEZ,  )
     Petitioner,  )  No C 06-1596 VRW (PR)
     vs.  )  ORDER OF DISMISSAL
BOARD OF PRISON TERMS,  )  (Doc # 2)
     Respondent.  )

     Petitioner filed the instant pro se petition for a writ of habeas corpus under 28 USC § 2254 challenging the June 2005 revocation of his parole. Petitioner was recently released on parole, however.

     Where a prisoner seeks release on parole and does not challenge the validity of his conviction, his habeas petition becomes moot once he is released on parole. See Fendler v United States Bureau of Prisons, 846 F2d 550, 555 (9th Cir 1988); see also Reimers v Oregon, 863 F2d 630, 632 (9th Cir 1988) (a moot action is one in which the parties lack a legally cognizable interest in the outcome). The possibility of parole revocation does not present a situation which is "'capable of repetition, yet evading review'" to which the doctrine of mootness may not apply. Id (citation omitted).

     Here, petitioner claims that the June 2005 revocation of his parole was unlawful. Because petitioner has now been released on parole and does not challenge his conviction, he lacks a cognizable interest in the outcome of this

action. See Reimers, 863 F2d at 632; Fendler, 846 F2d at 555. That the relief he seeks may result in the possible earlier termination of parole supervision does not circumvent mootness. See id (rejecting claim of exception to mootness by federal prisoner who could seek review of his eligibility for early termination of parole by applying to the parole commission).

For the foregoing reasons, the petition for a writ of habeas corpus under 28 USC § 2254 is dismissed as moot.

The clerk shall enter judgment in favor of respondent, terminate all pending motions (see, eg, doc # 2) as moot, and close the file.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BERNARDINO SANCHEZ et al,

    Plaintiff,

v.

BOARD OF PRISON TERMS et al,

    Defendant.

    Case Number: CV06-01596 VRW

    **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 14, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bernardino Sanchez T-91193
300 Ponderosa Avenue
Watsonville, CA 95076

Dated: July 14, 2006

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk